UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS VERA,

               Plaintiff,

        *– against –*

COLGATE DELI & GROCERY CORP. *and*
MOHAMED DOE,

               Defendants.

**<u>ORDER</u>**

22 Civ. 2058 (ER)

<u>Ramos, D.J.</u>:

     The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by no later than September 19, 2022.

It is SO ORDERED.

Dated:   August 17, 2022
         New York, New York

_____
     Edgardo Ramos, U.S.D.J.