# SAMUEL & STEIN

ATTORNEYS AT LAW

**MEMO ENDORSED**

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**MICHAEL SAMUEL**
michael@samuelandstein.com

September 20, 2022

ADMITTED IN NY

Judge Edgardo Ramos
United States District Court
500 Pearl Street
New York, NY 10007

> The motion for a 14-day extension to submit settlement documents (from September 19, 2022, to October 3, 2022) is granted. So ordered.
>
> Edgardo Ramos, U.S.D.J
> Dated: September 20, 2022
> New York, New York

**Re: *Marcos Vera vs. Colgate Deli & Grocery Corp.*
Case No.22cv2058**

Dear Judge Ramos:

    Please be advised that we represent the plaintiff in the above-entitled action. We write to respectfully request a brief two-week extension of time to file our settlement documents. We have agreed to resolve this matter via a Rule 68 and expect to file the Notice of Acceptance no later than October 3, 2022. Jasmine Patel, counsel for Defendants', has consented to this request.

    We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

                                                                      Respectfully submitted,

                                                                      /s/ *Michael Samuel*
                                                                      Michael Samuel, Esq.

Enc.