UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS VERA,

        Plaintiff,

– against –

COLGATE DELI & GROCERY, CORP. d/b/a
COLGATE DELI & GROCERY CORP. *and*
MOHAMED DOE,

        Defendants.

**ORDER**

22-cv-02058 (ER)

Ramos, D.J.:

    Defendants are directed to respond to Vera's motion to compel (Docs. 24, 25) by July 11, 2024. Vera is directed to reply by July 18, 2024. Both parties are directed to address the basis for the Court's jurisdiction to enforce the Rule 68 judgment.

It is SO ORDERED.

Dated:  June 27, 2024
         New York, New York

                                            EDGARDO RAMOS, U.S.D.J.