UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS VERA,

               Plaintiff,

– against –

COLGATE DELI & GROCERY, CORP. d/b/a
COLGATE DELI & GROCERY CORP. *and*
MOHAMED DOE,

               Defendants.

**ORDER**

22-cv-02058 (ER)

RAMOS, D.J.:

      Marcos Vera filed a postjudgment motion to compel discovery on June 26, 2024. Doc. 24. In an order dated June 27, 2024, the Court directed Defendants to respond by July 11, 2024, and directed Vera to reply by July 18, 2024. Doc. 26. The Court directed both parties to address the basis for the Court's jurisdiction to enforce the Rule 68 judgment. *Id.* Defendants have not filed a response.

      Accordingly, Defendants are again directed to respond to the motion by August 14, 2024. Vera is directed to reply by August 21, 2024. If Defendants fail to respond, the Court will treat the motion as unopposed.

It is SO ORDERED.

Dated:   August 7, 2024
            New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.