UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
MARCOS VERA, :
:
Plaintiff, :
: **ORDER**
\- *against* - :
: 22-cv-02058 (ER)
COLGATE DELI & GROCERY CORP., *and* :
MOHAMED DOE, :
:
Defendant. :
:
----------------------------------------------------------------x

RAMOS, D.J.:

On June 26, 2024, Marcos Vera filed a post-judgment motion to compel Defendant Colgate Deli & Grocery Corp. and Defendant Mohamed Abisse to respond to Vera's information subpoenas.  Doc. 25.  The Court set a briefing schedule on the motion.  Docs. 26, 27.  On August 7, however, the attorneys who previously represented Colgate informed the Court that their firm has not been retained to represent Colgate in post-judgment enforcement matters.  Doc. 29.  At that time, the Court vacated the briefing schedule, directed Colgate to retain counsel and have them enter an appearance by August 29, 2024, directed Abisse to either retain counsel or appear *pro se* by that same date, and warned if Defendants failed to do so, the Court would treat Vera's motion to compel as unopposed.  Doc. 30.  Counsel for neither Colgate nor Abisse entered an appearance, nor did Abisse appear *pro se*.  On November 20, 2024, the Court issued an Order to Show Cause, directing Colgate and Abisse to show cause why they should not be held in contempt for failure to comply with the subpoenas for post-judgment discovery on December 11, 2024.

On December 11, 2024, counsel for Vera appeared for the show cause hearing. Counsel for neither Colgate nor Abisse entered an appearance, nor did Abisse appear *pro se*. Vera was instructed to submit a proposed order of civil contempt.

Vera is directed to file the proposed order of civil contempt by **January 17, 2025.**

SO ORDERED.

Dated:   January 10, 2025
        New York, New York

_____
Edgardo Ramos, U.S.D.J.