# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.thesamuellawfirm.com

**MICHAEL SAMUEL**
michael@thesamuellawfirm.com

March 5, 2025

ADMITTED IN NY

The Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *Marcos Vera v. Colgate Deli & Grocery Corp. et al.*
Case No. 22-cv-2058 (ER)

Dear Judge Ramos,

    We are attorneys for plaintiff Marcos Vera ("Plaintiff") in the above-entitled wage and hour case and write to respectfully request an adjournment of tomorrow's 10:00 a.m. contempt hearing relating to Defendants' failure to comply with the Court's January 22, 2025, Order (ECF 39) to respond to Plaintiffs' information subpoenas.

    This is the first such request for adjournment and Plaintiff believes adjournment of tomorrow's contempt hearing is advisable at this time because Defendant Mohamed Abisse telephoned Plaintiff's counsel yesterday to express his intention to begin paying the judgment entered by the Court on October 7, 2022 (ECF 23).

    We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.

---

The request to adjourn the hearing currently scheduled for March 6, 2025 is granted.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: March 5, 2025
New York, New York